STATE OF NEW JERSEY v. ROBERT E. HOLMAN, JR.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ELEBEE ALEXANDER.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN T. COMER.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MASON.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SINGLETON.

December 19, 1978. Petition for certification denied. (See 158 *N. J. Super.* 517)

STATE OF NEW JERSEY v. FRANK PETER PENNA.

December 19, 1978. Petition for certification denied.